Certificate Number: 03088-PAW-DE-039167170

Bankruptcy Case Number: 21-10663



03088-PAW-DE-039167170

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 17, 2024, at 7:28 o'clock PM CST, Rebecca M Wilkinson completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 17, 2024           By:   /s/Doug Tonne

                                    Name: Doug Tonne

                                    Title: Counselor