**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> REBECCA MARIE WILKINSON <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>   vs. <br> No Respondents. | Case No.:21-10663 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 25, 2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/01/2021 and confirmed on 1/26/22. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,640.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,640.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 1,733.07 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,733.07 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 23,194.80 | 0.00 | 23,194.80 |
|     Acct: 6959 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 745.31 | 745.31 | 0.00 | 745.31 |
|     Acct: 6959 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2162 | | | | |
|   KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1052 | | | | |
|   WIDGET FINANCIAL** | 1,183.77 | 1,183.77 | 56.32 | 1,240.09 |
|     Acct: 3699 | | | | |
| | | | | 25,180.20 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   REBECCA MARIE WILKINSON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 2,269.30 | 2,269.30 | 0.00 | 2,269.30 |
|     Acct: 6075 | | | | |
| | | | | 2,269.30 |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 12,721.09 | 480.21 | 0.00 | 480.21 |
|     Acct: 0249 | | | | |
|   BANK OF AMERICA NA** | 7,098.98 | 267.98 | 0.00 | 267.98 |
|     Acct: 7496 | | | | |
|   BANK OF AMERICA NA** | 3,655.15 | 137.98 | 0.00 | 137.98 |
|     Acct: 3813 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 284.19 | 10.73 | 0.00 | 10.73 |
|     Acct: 9673 | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 9,881.85 | 373.03 | 0.00 | 373.03 |
|     Acct: 1007 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 4,812.68 | 181.68 | 0.00 | 181.68 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 7498 | | | | |
| | INTERNAL REVENUE SERVICE* | 154.17 | 5.82 | 0.00 | 5.82 |
| | Acct: 6075 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7498 | | | | |
| | ARNOLD JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MARK WILKINSON | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,457.43 |

TOTAL PAID TO CREDITORS                                                         28,906.93

TOTAL CLAIMED
PRIORITY         2,269.30
SECURED          1,929.08
UNSECURED       38,608.11


Date: 02/25/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
REBECCA MARIE WILKINSON

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:21-10663

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10663-JCM |
| Rebecca Marie Wilkinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Marie Wilkinson, P.O. Box 406, Cochranton, PA 16314-0406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 27 2025 01:28:52 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435573 | ^ | MEBN | Feb 27 2025 00:19:34 | Apothaker Scian P.C., 520 Fellowship Road C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15435574 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 15437239 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 27 2025 00:36:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15435579 | | Email/Text: correspondence@credit-control.com | Feb 27 2025 00:37:00 | Credit Control, LLC, P.O. Box 546, Hazelwood, MO 63042 |
| 15435575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 01:28:40 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15446704 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 27 2025 02:01:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15435576 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2025 00:54:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15439183 | + | Email/Text: bankruptcy@cavps.com | Feb 27 2025 00:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15435577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 01:40:15 | Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15435578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 27 2025 02:21:40 | Citibank/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15435580 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 27 2025 00:36:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15435904 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Feb 27 2025 00:36:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15435581 | + | Email/Text: bankruptcy@huntington.com | Feb 27 2025 00:53:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15435582 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 27 2025 00:37:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |

Case 21-10663-JCM    Doc 47    Filed 02/28/25    Entered 03/01/25 00:31:25    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15435583 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Feb 27 2025 00:54:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15439225 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15435584 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 27 2025 00:53:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15449612 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2025 01:50:44 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15435585 | + | Email/PDF: ebnotices@pnmac.com | Feb 27 2025 01:51:00 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15435586 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 27 2025 01:15:37 | Synchrony Bank, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15435650 | ^ | MEBN | Feb 27 2025 00:21:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435587 | + | Email/Text: collections@widgetfinancial.com | Feb 27 2025 00:53:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 28, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Daniel P. Foster | on behalf of Debtor Rebecca Marie Wilkinson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 26, 2025 | Form ID: pdf900 | Total Noticed: 24 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5