**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>REBECCA MARIE WILKINSON<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>        Movant<br>    vs.<br>No Repondents. | Case No.:21-10663<br><br>Chapter 13<br><br>Document No.:  43 |

## ORDER OF COURT

AND NOW, this ___15th___ day of ___April___, 20_25_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

SIGNED
4/15/25 8:58 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
John C. Melaragno, Judge  jlm
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10663-JCM |
| Rebecca Marie Wilkinson | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rebecca Marie Wilkinson, P.O. Box 406, Cochranton, PA 16314-0406 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2025 01:36:42 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435573 | ^ | MEBN | Apr 16 2025 01:25:48 | Apothaker Scian P.C., 520 Fellowship Road C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 15435574 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 01:27:00 | Bank of America, Attn: Bankruptcy, P.O. Box 982234, El Paso, TX 79998 |
| 15437239 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 16 2025 01:27:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15435579 | | Email/Text: correspondence@credit-control.com | Apr 16 2025 01:27:00 | Credit Control, LLC, P.O. Box 546, Hazelwood, MO 63042 |
| 15435575 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:48:46 | Capital One Bank, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15446704 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2025 01:37:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15435576 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2025 01:28:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 15439183 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2025 01:28:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15435577 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:36:41 | Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 15435578 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 16 2025 01:37:05 | Citibank/Sears, Citibank/Centralized Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15435580 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 16 2025 01:27:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15435904 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 16 2025 01:27:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15435581 | + | Email/Text: bankruptcy@huntington.com | Apr 16 2025 01:28:00 | Huntington National Bank, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 15435582 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 16 2025 01:27:00 | Internal Revenue Service, P.O. Box 804527, Cincinnati, OH 45280-4527 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 15435583 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | Apr 16 2025 01:28:00 | KeyBank/US Bank, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15439225 | + Email/Text: bankruptcydpt@mcmcg.com | | Apr 16 2025 01:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15435584 | + Email/Text: bankruptcydpt@mcmcg.com | | Apr 16 2025 01:28:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 15449612 | + Email/PDF: ebnotices@pnmac.com | | Apr 16 2025 01:48:41 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15435585 | + Email/PDF: ebnotices@pnmac.com | | Apr 16 2025 01:36:40 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 15435586 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Apr 16 2025 01:48:32 | Synchrony Bank, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15435650 | ^ MEBN | | Apr 16 2025 01:26:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15435587 | + Email/Text: collections@widgetfinancial.com | | Apr 16 2025 01:28:00 | Widget Financial, 2154 East Lake Road, Erie, PA 16511-1140 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P. Foster | on behalf of Debtor Rebecca Marie Wilkinson dan@mrdebtbuster.com katie@mrdebtbuster.com;marci@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-1 User: auto Page 3 of 3
Date Rcvd: Apr 15, 2025 Form ID: pdf900 Total Noticed: 24

cmecf@chapter13trusteewdpa.com

TOTAL: 4